**Electronically Filed
Supreme Court
28389
26-OCT-2010
01:08 PM**

NO. 28389

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee

vs.

CURTIS P. WORSHAM,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR. NO. 06-1-1079)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

   The Application for Writ of Certiorari filed on
September 16, 2010 by Petitioner/Defendant-Appellant Curtis P.
Worsham is hereby rejected.

   DATED:  Honolulu, Hawaiʻi, October 26, 2010.


                              FOR THE COURT:

                              /s/ Simeon R. Acoba, Jr.

                              Associate Justice



Mary Ann Barnard,
on the application
for petitioner/
defendant-appellant.

---

   [1]   Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy,
JJ., and Circuit Judge Chan, assigned by reason of a vacancy.